STATE OF NEW JERSEY IN THE INTEREST OF J. S.

June 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS KINSEY.

June 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE BOOKER.

June 13, 1973. Petition for certification granted and remanded.

WESTMONT SHORES PROPERTY OWNERS ASSOCIATION, INC. v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF DOVER.

June 13, 1973. Petition for certification denied.

SLEGERS-FORBES, INC. v.
NEW JERSEY HIGHWAY AUTHORITY.

June 13, 1973. Petition for certification denied. (See 123 N. J. Super. 291).

STATE OF NEW JERSEY v. JAMES J. DEATORE.

June 13, 1973. Petition for certification granted.